# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUDETTE FALACK,<br><br>　　　Plaintiff,<br>　v.<br><br>SYNCHRONY FINANCIAL, INC., SYNCHRONY BANK, INC., ABC COMPANY, INC. (1-10), JOHN DOES (1-10),<br><br>　　　Defendants. | Civil Action No. 3:16-cv-01782-MAS-TJB<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, CLAUDETTE FALACK, and Defendant SYNCHRONY BANK, improperly named Synchrony Financial, Inc., Synchrony Bank, Inc. ("Synchrony"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of February, 2017.

/s/*Benjamin G. Kelsen*　　　　　　　　　/s/*Laura K. Conroy*
Benjamin G. Kelsen, Esq.　　　　　　　Laura K. Conroy (017962007)
LAW OFFICES OF BENJAMIN G.　　　REED SMITH LLP
KELSEN, ESQ., LLC　　　　　　　　　Princeton Forrestal Village
1415 Queen Anne Road, Suite 206　　　136 Main Street, Suite 250
Teaneck, New Jersey 07666　　　　　　Princeton, New Jersey

- 2 -

| | |
|---|---|
| Telephone: (201) 692-0073 | Telephone: (609) 514-5956 |
| bkelsen@kelsenlaw.com | Facsimile:  (609) 951-0824 |
| *Attorney for Plaintiff* | lconroy@reedsmith.com |
| | *Attorney for Defendant Synchrony Bank* |