UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUDETTE FALACK,<br><br>    Plaintiff,<br>v.<br><br>SYNCHRONY FINANCIAL, INC., SYNCHRONY BANK, INC., ABC COMPANY, INC. (1-10), JOHN DOES (1-10),<br><br>    Defendants. | Civil Action No. 3:16-cv-01782-MAS-TJB<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, CLAUDETTE FALACK, and Defendant SYNCHRONY BANK, improperly named Synchrony Financial, Inc., Synchrony Bank, Inc. ("Synchrony"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of February, 2017.

/s/Benjamin G. Kelsen
Benjamin G. Kelsen, Esq.
LAW OFFICES OF BENJAMIN G. KELSEN, ESQ., LLC
1415 Queen Anne Road, Suite 206
Teaneck, New Jersey 07666

/s/Laura K. Conroy
Laura K. Conroy (017962007)
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey

Telephone: (201) 692-0073
bkelsen@kelsenlaw.com
*Attorney for Plaintiff*

Telephone: (609) 514-5956
Facsimile: (609) 951-0824
lconroy@reedsmith.com
*Attorney for Defendant Synchrony Bank*

So Ordered this 5th day of April, 2017

*/s/ M. Shipp/*
Hon. Michael Shipp, USDJ